UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60166-MC-DIMITROULEAS

EXPRESS HOMEBUYERS USA, LLC,

    Plaintiff,

v.

WBH MARKETING, INC.,

    Defendant.

_____/

# O R D E R

THIS CAUSE is before the Court on Counsel, Ugo Colella's, Motion to Appear *Pro Hac Vice* (ECF No. 39) on behalf of Plaintiff, Express Homebuyers, LLC, which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Ugo Colella., Esquire is hereby permitted to enter a limited appearance for purposes of representing the Plaintiff in this cause; Harvey Gurland, Jr., Esquire is designated as local counsel.  The Clerk shall provide notification of all electronic filings to counsel at the e-mail address provided in the motion.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of March, 2018.

                                                    LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

John J. Zefutie, Jr., Esq. (PHV Counsel -P)
Ugo Colella, Esq. (PHV Counsel - P)
Harvey W. Gurland, Jr., Esq. (Local Counsel for Zefutie and Colella)